```
                IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )   Magistrate No. 21-mj-3063 (KAR)
          v.                    )
                                )
BENJAMIN SHACAR,                )
                                )
          Defendant.            )
_____)
```

**MOTION FOR DETENTION HEARING**

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. ' 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves (check all that apply):

  __X__ Felony crime of violence, sex trafficking, or terrorism offense

  _____ Maximum sentence of life imprisonment or death

  _____ 10 plus years drug offense

  _____ Felony, with two prior convictions in above categories

  __X__ Serious risk defendant will flee

  __X__ Serious risk of obstruction of justice

  _____ Felony involving use or possession of firearm or destructive device

  __X__ Felony involving minor victim, possession of firearm, destructive device or dangerous

1

>>weapon, or failure to register as a sex offender

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which reasonably will assure (check all that apply):

>__X__  Defendant=s appearance as required

>__X__  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States **will** invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. ' 3142(e).  If Ayes,@ the presumption applies because (check all that apply):

>_____  Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. ' 924(c)

>_____  Previous conviction for Aeligible@ offense committed while on pretrial bond

>__X__  Probable cause to believe defendant committed an offense involving a minor victim

4. <u>Time for Detention Hearing</u>.  The United States requests that the Court conduct the detention hearing:

>_____ At first appearance

>__X__ After continuance of _3_ day(s) (not more than 3)

5. <u>Witnesses</u>.  The United States intends to rely upon a

proffer by an Assistant U.S. Attorney or the testimony of witnesses.  The amount of time for the government=s proffer or direct examination of witnesses is estimated to be: one-half hour.

6. Other Matters.

None. Respectfully submitted,

                                  NATHANIEL R. MENDELL
                                  ACTING UNITED STATES ATTORNEY


                       By: /s/ Alex J. Grant
                          Alex J. Grant
                          Assistant U.S. Attorney

Dated:  March 24, 2021


CERTIFICATE OF SERVICE

Hampden, ss.                        Springfield, Massachusetts
                                      March 24, 2021


This is to certify that the foregoing document, filed by email, will be emailed or handed to counsel of record.

                            /s/ Alex J. Grant
                            ALEX J. GRANT
                            Assistant United States Attorney