# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| Benjamin Shacar | Case Number: 21 mj-3063- (KAR) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Benjamin Shacar

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

- [✓] CJA Appointment
- [ ] Federal Public Defender
- [ ] Retained
- [ ] Pro Bono

3/25/2021
Date

*Elaine Pourinski*
Signature

Elaine Pourinski
Print Name                                    Bar Number

13 Old South Street
Address

Northampton            MA            01060
City                   State         Zip Code

(413) 219-4086
Phone Number                          Fax Number