UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 21-mj-3063 |
| | ) | |
| BENJAMIN SHACAR | ) | |

EXHIBITS IN SUPPORT OF MOTION FOR RELEASE
WITH CONDITIONS

1. LETTER FROM SANDRA AND CARLOS SHACAR

2. LETTER FROM DESIREE SHACAR

Respectfully submitted

Benjamin Shacar
By his attorney:

/s/ Elaine Pourinski
BBO #550986
13 Old South Street
Northampton, MA. 01060
413-587-9807

## CERTIFICATE OF SERVICE

I certify that I have provided a copy of the exhibits to all registered parties by sending them through the CM/ECF system.

/s/ Elaine Pourinski

Date:  March 30, 2021